# United States Court of Appeals
## For the First Circuit

No. 00-2569

UNITED STATES,

Appellee,

v.

PETER A. NEDD,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on September 4, 2001 is amended as follows:

Page 9, line 6:  change "infra" to "supra"